TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-00-00267-CV

Marie A. Rhemann and Jennifer Lynn Rhemann, Appellants

v.

Mary Lou McElroy, Executrix of the Estate of Herbert T. Smith, Deceased, Appellee

FROM THE DISTRICT COURT OF FAYETTE COUNTY, 155TH JUDICIAL DISTRICT

NO. 98-V-153, HONORABLE DAN R. BECK, JUDGE PRESIDING

PER CURIAM

 Appellants Marie A. Rhemann and Jennifer Lynn Rhemann have filed an unopposed
motion to dismiss the appeal based on a settlement agreement. We grant the motion and dismiss
the appeal. Tex. R. App. P. 42.1(a)(2).

Before Chief Justice Aboussie, Justices B. A. Smith and Patterson

Dismissed on Appellants' Motion

Filed: September 29, 2000

Do Not Publish